A. ALBERT EICHLER, PLAINTIFF-PETITIONER, v. THE HILLSIDE NATIONAL BANK, DEFENDANT-RESPONDENT.

See same case below: 71 *N. J. Super.* 110.

*Mr. Max L. Rosenstein* for the petitioner.

*Messrs. Lindabury, McCormick & Estabrook* and *Mr. Robert P. McDonough* for the respondent.

March 12, 1962.

BOARD OF EDUCATION OF JERSEY CITY, PLAINTIFF-PETITIONER, v. WILLIAM CUFF, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. John J. Witkowski* for the petitioner

*Mr. Max A. Boxer* for the respondent.

March 12, 1962.